ROY MUSIC CO., INC., a Domestic Corporation, v. LEO FEIST, INC., a Domestic Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH DEIGHTON GIBSON v. IDA BROWN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PAULINO LOPEZ, as Guardian ad Litem of FERDINAND LOPEZ, an Infant, and Another v. EAST RIVER MILL & LUMBER COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of DAVID FRIEDMAN, Individually, and as President of the Typewriter-Bookkeeper Grade 3 Assn., and for the Members Thereof Similarly Situated, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [See ante, p. 1037.]

In the Matter of the Investigation of HULON CAPSHAW, City Magistrate.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

HERMAN A. GREENBERG, Assignee of SAMUEL GREENBERG, and Others v. MAX GOODMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MARION T. ECKSTROM for the Care, Custody and Control of SUSAN ECKSTROM, Sometimes Known as BETTY RUTH ECKSTROM, an Infant. ADOLPH G. ECKSTROM,— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

## (February 26, 1940.)

In the Matter of the Application of CORPORATE EMPLOYMENT SERVICE, INC., Petitioner, Appellant, for an Order against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Orders reversed, with twenty dollars costs and disbursements, and the matter remitted to the commissioner of licenses for a full hearing on the merits. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Cohn, J.: I dissent and vote to affirm upon the ground that no statutory hearing was held as a result of which respondent made any final determination which would be the basis for review. In my opinion, the proper remedy of petitioner would be to apply for an order compelling the respondent to grant a full hearing and render a final determination.